**Deny and Opinion Filed June 7, 2013**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00705-CV

### IN RE MICHAEL CHRANE, Relator

On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-12-00039-B

### MEMORANDUM OPINION
Before Justices Moseley, Francis and Fillmore
Opinion by Justice Francis

Relator contends the trial court judge did not properly take his oath of office. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

130705F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE